Opinion filed August 18, 2016



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00287-CV

_____

## BHB OPERATING, INC. AND LANCE DUNCAN INDIVIDUALLY AND D/B/A MARK III ENERGY HOLDINGS, LLC, Appellants

## V.

## ROBERTS INTERESTS, LLP, Appellee

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-139,387**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a default judgment. Appellants have filed a brief in this court requesting that the default judgment be reversed and that the cause be remanded for a new trial. Appellee has filed in this court a motion for remand in which Appellee states that the default judgment against Appellants "should be reversed and remanded to the trial court for further proceedings."

We grant Appellee's motion, reverse the judgment of the trial court, and remand this cause to the trial court for further proceedings.

PER CURIAM

August 18, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.